**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00053-CV**

---

**IN RE LORI KHAN, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-44090**

---

## MEMORANDUM OPINION

On January 27, 2023, relator Lori Khan filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Elaine Palmer, presiding judge of the 215th District Court of Harris County, to vacate the trial

court's November 1, 2022 order granting defendants' motion to exclude evidence of relator's future medical damages.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.